# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **STEPHANIE WILSON**, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR VIOLATION** |
| | ) **OF FEDERAL FAIR DEBT** |
| vs. | ) **COLLECTION PRACTICES ACT** |
| | ) |
| **CREDIT CONTROL, LLC, and RAZOR CAPITAL II, LLC,** | ) |
| | ) |
| Defendants. | ) |

## NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-1

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and/or where Defendants' transact business in this district.

## PARTIES

4. Plaintiff, Stephanie Wilson ("Plaintiff"), is a natural person who at all relevant times resided in the State of Washington, County of Clallam, and City of Port Angeles.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Credit Control, LLC ("CCL") is an entity which all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. § 1692a(5).

7. CCL is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

8. Defendant, Razor Capital II, LLC, ("Razor") is an entity that acquires debt in default merely for collection purposes, and who at all relevant times was engaged in the business of attempting to collect a debt from Plaintiff.

9. Razor is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-2

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

# FACTUAL ALLEGATIONS

10. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than CCL.

11. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than CCL, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

12. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than CCL.

13. CCL uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

14. Razor purchases debts once owed or once due, or asserted to be once owed or once due a creditor.

15. Razor acquired Plaintiff's debt once owed or once due, or asserted to be once owed or once due a creditor, when the debt was in default.

16. Razor is thoroughly enmeshed in the debt collection business, and Razor is a significant participant in CCL's debt collection process.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-3

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

17. On February 13, 2012, Plaintiff, via her counsel, sent Defendant a written correspondence, stating in relevant part:

> "Please be advised that this office represents the above-named individual regarding the aforementioned account.
>
> Having been formally notified of our representation, we respectfully demand you not contact our client for any reason. Instead, please direct all future contact and correspondence to this office and in fact consider this letter express and unequivocal revocation of any permission our client may have provided you to call them." *See* Correspondence, attached hereto as Exhibit "A."

18. Upon information and good-faith belief Defendant received Plaintiff's notice of representation on or about February 27, 2012.

19. In connection to the collection of an alleged debt in default, (the "Debt"), Defendant sent Plaintiff a written communication dated July 6, 2012, stating in relevant part:

> "Stephanie M Wilson　　　　Our Account Number:　[***]4076
> 523 W 4th St.　　　　　　　　　　　Our client:　RAZOR CAPITAL LLC
> Port Angeles, WA 98362-2221　Account Number:　[**]P382
> 　　　　　　　　　　　　　　　　　Date of Service:　10/15/2008
> 　　　　　　　　　　　　　　　　　Past Due Balance:　$3,650.87
>
> 　　　　　　　　　　　* * * *
>
> Per your instructions, we will be depositing the following check, check number 69317, in the amount of $482.33 on 07/14/2012.
>
> Thank you for committing to this payment.
>
> This communication is from a debt collection agency. This is an attempt

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-4

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

to collect a debt and any information obtained will be used for that purpose." *See* Correspondence, attached hereto as Exhibit "B

20. Plaintiff's counsel did not consent to any direct communication with Plaintiff.

21. At no time did Plaintiff's counsel fail to respond within a reasonable period of time to a communication from Defendant.

22. Defendants' actions constitute conduct highly offensive to a reasonable person.

## COUNT I
## VIOLATIONS OF 15 U.S.C. § 1692c(a)(2)
## DEFENDANT CCL

23. Plaintiff repeats and re-alleges each and every allegation above.

24. CCL violated 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff directly after learning that Plaintiff was represented by counsel, when an attempt to contact Plaintiff's counsel had not been made, or Plaintiff's counsel was not given sufficient time to respond to an initial attempt to communicate, and where no permission had been given to contact Plaintiff directly.

25. Razor, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of CCL, the debt collector it hired to collect an alleged debt from Plaintiff on its behalf.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-5

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that CCL violated 15 U.S.C. § 1692c(a)(2);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

**COUNT II**
**VIOLATIONS OF 15 U.S.C. § 1692c(a)(2)**
**DEFENDANT RAZOR**

26. Plaintiff repeats and re-alleges each and every allegation above.

27. CCL violated 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff directly after learning that Plaintiff was represented by counsel, when an attempt to contact Plaintiff's counsel had not been made, or Plaintiff's counsel was not given sufficient time to respond to an initial attempt to communicate, and where no permission had been given to contact Plaintiff directly.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-6

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

28. Razor, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of CCL, the debt collector it hired to collect an alleged debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Razor violated 15 U.S.C. § 1692c(a)(2);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. § 1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-7

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

## TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 12th day of September, 2012.

<u>s/Jon N. Robbins</u>
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

COMPLAINT FOR VIOLATIONS OF THE FAIR
DEBT COLLECTION PRACTICES ACT-8

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake , WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com